# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America,**<br>*Plaintiff* | §<br>§<br>§<br>§ | |
| **v.** | §<br>§ | **No.  1:25-cr-00524-DAE** |
| **Phillip Arrellano, Jr.,**<br>*Defendant* | §<br>§<br>§ | |

## ORDER

Before the Court is Defendant Phillip Arrellano Jr.'s Motion to Substitute Counsel, filed April 10, 2026. Dkt. 26. The District Court referred the motion to this Magistrate Judge for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 27.

On April 16, 2026, the Court held a hearing on the Motion at which Defendant and his attorney were present. The Court finds that there is good cause to appoint new counsel, and that Defendant has received notice.

**IT IS ORDERED** that Defendant's Motion to Substitute Attorney is **GRANTED**. Supervisory Assistant Federal Public Defender Horatio Aldredge is hereby **WITHDRAWN** and, consistent with the Court's Orders Regarding Financial Status and Appointing Federal Public Defender (Dkts. 10, 11), **Arthur Gollwitzer #24073336** is **APPOINTED** as Defendant's counsel of record.

**IT IS FURTHER ORDERED** that this case be removed from this Magistrate Judge's docket and returned to the docket of the Honorable David A. Ezra.

**SIGNED** on April 16, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE