UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00524(1)-DAE |
| | § | |
| (1) Phillip Arrellano Jr. | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed July 20, 2026, wherein the defendant Arrellano waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Arrellano to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Arrellano's plea of guilty to Count One of the Indictment is accepted.

Signed this 21st day of July, 2026.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE